UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
TRUSTEES OF THE NATIONAL
ORGANIZATION OF INDUSTRIAL TRADE
UNIONS INSURANCE TRUST FUN and
NATIONAL ORGANIZATION OF
INDUSTRIAL TRADE UNIONS,

                  Petitioners,

- against -

DAVIS GRANDE CO.,

                  Respondent.
-------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 9 2006 ★

BROOKLYN OFFICE

ORDER

03 CV 6229 (NG)(SMG)

**GERSHON, United States District Judge:**

The unopposed Report and Recommendation of Magistrate Judge Steven M. Gold, dated September 2, 2005 is hereby adopted in its entirety. Petitioners' motion for a default judgment against respondent Davis Grande Co., confirming the arbitration award is granted. The Clerk of Court is directed to enter judgment against respondent in the following amounts; (1) $6,020.00 in unpaid contributions and $400.00 in dues, together with interest on $6,420.00 at the rate of 4.93% from November 1, 2003 to the date final judgment is entered; (2) liquidated damages in an amount equal to the interest awarded; and (3) attorney's fees and costs in the amount of $2,640.00.

                                      SO ORDERED/

                                                /s/
                                      NINA GERSHON
                                      **United States District Judge**

Dated: Brooklyn, New York
       June 2, 2006